[No. 18342-4-III.   Division Three.   February 8, 2000.]

ERNEST G. SMITH, *Appellant,* v. OKANOGAN COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-2-00479-1, Kenneth L. Jorgensen, J., entered March 2, 1999. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J. Now published at 100 Wn. App. 7.

[No. 16908-1-III.   Division Three.   February 10, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL GRANT BYRON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 97-1-00251-0, Dennis D. Yule, J., entered September 10, 1997. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 16984-7-III.   Division Three.   February 10, 2000.]

DAVE DIXON, ET AL., *Appellants,* v. POMEROY SCHOOL DISTRICT, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Garfield County, No. 96-2-00016-4, John M. Lyden, J., entered September 25, 1997. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 18128-6-III.   Division Three.   February 10, 2000.]

*In the Matter of the Marriage of* ANITA HENRY, *Appellant,* and JAMES ROBERT HENRY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-01199-0, Salvatore F. Cozza, J., entered December 4, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.